**FILED**

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida
### Orlando Division

2020 DEC 16 PM 3: 26

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Rafael Sanchez

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Osceola County Sheriff's Office / Farah Cruz / St Cloud Police Department

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rafael Sanchez |
| Street Address | 2829 Indigo Bay Drive |
| City and County | Kissimmee / Osceola County |
| State and Zip Code | Florida / 34744 |
| Telephone Number | 407 414 2646 |
| E-mail Address | teamrasa6@yahoo.com |

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Robert Hansell / Russ Gibson
- Job or Title (if known): Sheriff @ Osceola County Sheriff's Office
- Street Address: 2601 E Irlo Bronson Memorial Hwy
- City and County: Kissimmee / Osceola County
- State and Zip Code: Florida / 34744
- Telephone Number: 407 348 1100
- E-mail Address (if known): unknown

Defendant No. 2
- Name: Farah Cruz
- Job or Title (if known): Tax Agent
- Street Address: 20 S Rose Ave
- City and County: Kissimmee / Osceola County
- State and Zip Code: Florida / 34741
- Telephone Number: 407 201 7988
- E-mail Address (if known): unknown

Defendant No. 3
- Name: Osceola County Sheriff's Office
- Job or Title (if known):
- Street Address: 2601 E Irlo Bronson Memorial Hwy
- City and County: Kissimmee / Osceola County
- State and Zip Code: Florida / 34744
- Telephone Number: 407 348 1100
- E-mail Address (if known):

Defendant No. 4
- Name: St Cloud Police Department
- Job or Title (if known):
- Street Address: 4700 Neptune Rd
- City and County: St Cloud / Osceola County
- State and Zip Code: Florida / 34769
- Telephone Number: 407 891 6700
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Osceola County Sheriff's Office |
| Street Address | 2601 E Irlo Bronson Memorial Hwy |
| City and County | Kissimmee / Osceola County |
| State and Zip Code | Florida / 34744 |
| Telephone Number | 407 348 1100 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:

42 USC Section 1981 & 42 USC Section 1983

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
December 16, 2016

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race — Hispanic
- ☒ color — Brown
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Page 4 of 6

I, Rafael Sanchez, a Hispanic male, was Deputy Sheriff at the Osceola County Sheriff's Office, in Osceola County, Florida was unfairly terminated from my position. The reason cited by the Osceola County Sheriff's Office was because they said I broke the law. I did not break the law and it was proved in court v Farah Cruz and her false allegations. Also, the Investigator from St Cloud PD lied in her report, of what she observed. The investigator's lie was also revealed in court. My employer, the Osceola County Sheriff's Office fired me before my case went to trial. Whereas White/Caucasian Deputy Sheriffs from the same Osceola County Sheriff's Office, who were involved in similar incidents, WERE ABLE RETAINED THEIR JOBS without clearing their name as I did. One Deputy Sheriff was able to avoid charges when the complainant refused to cooperate with authorities. He later beat her again and only then was he terminated. The other Deputy Sheriff took a plea deal and was able to RETAIN HIS JOB. He did not clear his name. I contend that my discharge reflected unlawful racial discrimination.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

I hired an attorney to file an EEOC complaint, within the time limits, but he failed to do the job.

B. The Equal Employment Opportunity Commission *(check one)*:

☒ has not issued a Notice of Right to Sue letter.

☐ issued a Notice of Right to Sue letter, which I received on *(date)*

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Seeking back pay, also pay for damages, and reinstatement to my former position at the Osceola Sheriff's Office.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12/16/2020

Signature of Plaintiff   *[signature]*
Printed Name of Plaintiff   Rafael Sanchez

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

_[signature]_

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to or affirmed and signed before me on  December 16, 2020 by Rafael Sanchez.

MARIA M CASTELLANOS
Notary Public - State of Florida
Commission # GG 231827
My Comm. Expires Oct 21, 2022
Bonded through National Notary Assn.

_____
Notary Public

____ Personally known
__✓__ Produced identification - type of identification produced __FL DL__